Juan Carlos MUNGUIA DE LA ROSA; Juana Navarrete Nava; Jesus Gamaliel De Leon Navarrete, Petitioners,

v.

Alberto R. GONZALES, Attorney General, Respondent.

No. 05–75820.

United States Court of Appeals, Ninth Circuit.

Submitted April 16, 2007 *.

Filed April 20, 2007.

Susan E. Hill, Esq., Hill Piibe & Villegas, Los Angeles, CA, for Petitioners.

District Counsel, Esq., Office of the District Counsel, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, San Francisco, CA, Richard M. Evans, Esq., Erica B. Miles, Esq., U.S. Department of Justice, Washington, DC, for Respondent.

Before: O'SCANNLAIN, CLIFTON and BEA, Circuit Judges.

MEMORANDUM **

Juan Carlos Munguia De La Rosa, Juana Navarrete Nava, and Jesus Gamaliel

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

De Leon Navarrete seek review of an order of the Board of Immigration Appeals upholding an immigration judge's order denying their applications for cancellation of removal. We dismiss the petition for review.

We lack jurisdiction to review the discretionary determination that the petitioners failed to show exceptional and extremely unusual hardship to a qualifying relative. *See Romero–Torres v. Ashcroft,* 327 F.3d 887, 892 (9th Cir.2003).

Petitioners' contention that the hardship standard set forth in 8 U.S.C. § 1229b(b)(1)(D) is unconstitutionally vague does not state a colorable due process claim. *See Martinez–Rosas v. Gonzales,* 424 F.3d 926, 930 (9th Cir. 2005) ("[T]raditional abuse of discretion challenges recast as alleged due process violations do not constitute colorable constitutional claims that would invoke our jurisdiction.").

**PETITION FOR REVIEW DISMISSED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.